UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:
ROBERT L TINCHER                                            Case 6:18-bk-02690-CCJ
____Debtor____/                                             Chapter 13

## MOTION FOR REFERRAL TO MORTGAGE MODIFICATION MEDIATION RE:  1602 PROVIDENCE BLVD., DELTONA, FL 32725

The debtor requests entry of an order referring the debtor and HSBC Bank USA, N.A., as Trustee on behalf of ACE Securities Corp. Home Equity Loan Trust and for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2006-ASAP5, Asset Backed Pass-Through Certificates, as serviced by OCWEN LOAN SERVICING, LLC, regarding that certain loan ending in 8520, to mortgage modification mediation, and in support state:

1.     The debtor filed this Chapter 13 case in an attempt to retain his primary residence.

2.     The debtor would like to modify the terms of the mortgages encumbering his primary residence, located at 1602 PROVIDENCE BLVD., DELTONA, FL 32725.  The debtor's income would allow him to contribute as much as 31% of their current net income to payment of his modified mortgage debt.

3.     Mediation pursuant to Local Rule 9019-2 will assist the parties in negotiation of a modification of the relevant mortgages.

4.     Debtors will pay the $250.00 mediation cost directly to the Mediator within seven (7) days of the designation of such Mediator.

Wherefore, debtor requests the entry of an order referring this case to mediation and for such other and further relief as this Court deems just and proper.

DATED: 08/1/2018

Respectfully Submitted,

/s/ CHARLES W. PRICE, ESQ.
CHARLES W. PRICE, Esq.
PRICE LAW FIRM
400 Maitland Avenue
Altamonte Springs, FL 32701
Fl. Bar No. 870862
P. 407.834.0090
F. 407.386.7610

## CERTIFICATE OF SERVICE

I hereby certify that this 1st day of August, 2018, a true and correct copy of the Motion for Mediation of Debtor was furnished by U.S. mail, postage prepaid or CM/ECF, to Debtor, Laurie K. Weatherford, Trustee and to the following:

HSBC BANK, 425 5th Ave., New York, NY 10018

HSBC BANK, Attn: Irene Dorner, CEO, 425 5th Ave., New York, NY 10018; **VIA CERTIFIED MAIL**

Ocwen Loan Servicing, LLC, Attn: Bankruptcy Department, PO Box 24605, West Palm Beach, FL 33416

Robertson Anschutz & Schneid, PL, Attn: Keith Labell, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487

/s/ CHARLES W. PRICE, ESQ.
CHARLES W. PRICE, Esq.
PRICE LAW FIRM
400 Maitland Avenue
Altamonte Springs, FL 32701
Fl. Bar No. 870862
P. 407.834.0090
F. 407.386.7610